1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 - 12th Street, Ste. 650
   Oakland, California  94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant YANCEY

6

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  No. CR  06-00011 CW
                                      )
12            Plaintiff,              )  ORDER GRANTING STIPULATION
                                      )  TO MODIFY BRIEFING SCHEDULE
13 v.                                 )  AND EXCLUDE TIME
                                      )
14 NATHANIEL YANCEY,                  )  Date:  Sept. 18, 2006
                                      )  Time:  2:00 p.m.
15            Defendant.              )  Court: Hon. Claudia Wilken
   _____    )        U.S. District Court

16

17        According to the schedule set by the Court at defendant's last appearance on May 22, 2006,

18 defendant's pretrial motions are due to be filed by July 13, 2006.  At this time, defendant is still in

19 the process of completing his investigation into the facts of this case and is in conversation with

20 the government regarding possible disposition.  In addition, defense counsel will be unavailable

21 from July 6 until July 14, 2006.  For these reasons, and to afford defendant additional time to

22 complete his investigation and to pursue possible disposition, parties stipulate and agree that the

23 briefing schedule in this matter should be modified as follows:

24        Defendant's motion due to be filed by July 28, 2006;

25        Government's opposition due to be filed by August 14, 2006;

26        Defendant's reply due to be filed by August 25, 2006;

1    The parties further stipulate and agree that the time between today's date and July 28, 2006

2    should be excluded for purposes of the Speedy Trial Act, and that the ends of justice served by

3    excluding the time from today's date through July 28, 2006, outweigh the best interests of the

4    public and the defendant in a speedy trial, and that the failure to afford defendant this time for

5    preparation and filing of motions would deny counsel for defendant the reasonable time necessary

6    for effective preparation, taking into account the exercise of due diligence, and would

7    unreasonably deny the defendant continuity of counsel.  See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

8    The status hearing date of September 18, 2006 remains unchanged.

9

10   SO STIPULATED.

11   Dated:       July 10, 2006

12                                                         _____
                                                          HILARY A. FOX
                                                          Attorney for Defendant YANCEY

13   SO STIPULATED.

14   Dated:       July 10, 2006

15                                                         _____
                                                          GARTH HIRE
                                                          Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

1

2                                    <u>ORDER</u>

3          Based on the reasons provided in the stipulation of the parties above, the Court adopts the

4   briefing schedule proposed by the parties, and based on these findings, IT IS HEREBY

5   ORDERED THAT the briefing schedule is modified as follows, defendant's motion due to be

6   filed by July 28, 2006: government's opposition due to be filed by August 14, 2006; defendant's

7   reply due to be filed by August 25, 2006.

8          The Court further FINDS that the ends of justice served by excluding the time from today's

9   date through July 28, 2006, outweigh the best interests of the public and the defendant in a speedy

10  trial, and that the failure to afford defendant this time for preparation and filing of motions would

11  deny counsel for defendant the reasonable time necessary for effective preparation, taking into

12  account the exercise of due diligence, and would unreasonably deny the defendant continuity of

13  counsel.  <u>See</u> 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

14

15         IT IS SO ORDERED.

16

    Dated: July 17, 2006                          _____
17                                                 CLAUDIA WILKEN
18                                                 United States District Court

19

20

21

22

23

24

25

26