BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street, Ste. 650
Oakland, California 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant YANCY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR06-011 CW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | EXCLUDE TIME |
| v. ) | |
| ) | Date: Sept. 18, 2006 |
| NATHANIEL YANCY, ) | Time: 2:00 p.m. |
| ) | Court: Hon. Claudia Wilken |
| Defendant. ) | U.S. District Court |
| ) | |

According to the schedule set by the Court at defendant's last appearance, defendant's pretrial motions, if any, were due to be filed by July 10, 2006. After reviewing this case, defendant determined that he does not have any pretrial motions to file based on the evidence currently known to him. Defendant is continuing to conduct his own investigation and is also involved in preliminary discussions with the government regarding resolution. In order to afford defendant additional time to complete his investigation into the facts and circumstances of this case, the parties stipulate and agree that the time from July 10 until defendant's next court appearance on September 18, 2006, at 2:00 should be excluded for purposes of the Speedy Trial Act, and that the ends of justice served by excluding the time from July 10 through September 18, 2006, outweigh the best interests of the public and the defendant in a speedy trial, and the failure to afford defendant this time would deny counsel for defendant the reasonable time necessary for

- 1 -

effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

SO STIPULATED.

Dated:       August 11, 2006                    /S/
_____
HILARY A. FOX
Attorney for Defendant YANCY

SO STIPULATED.

Dated:       August 11, 2006                    /S/
_____
GARTH HIRE
Assistant United States Attorney

## ORDER

Based on the reasons provided in the stipulation of the parties above and based on these findings, the Court FINDS that the ends of justice served by excluding the time from July 10 through September 18, 2006, outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to afford defendant this time for preparation would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).  The Court therefore ORDERS THAT the time from July 10 through September 18, 2006, shall be excluded from calculation under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) & (B)(iv)

IT IS SO ORDERED.

Dated: August 22, 2006

_____
CLAUDIA WILKEN
United States District Court