| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | HILARY A. FOX |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Ste. 650 |
| | Oakland, California 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant YANCEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-011 CW |
|---|---|---|
| Plaintiff, | ) | **AMENDED** STIPULATION AND ORDER TO EXCLUDE TIME |
| v. | ) | |
| NATHANIEL YANCEY, | ) | Date: December 4, 2006 |
| Defendant. | ) | Time: 2:30 p.m. |
| | ) | Court: Hon. Claudia Wilken |
| | ) | U.S. District Court |

This matter is currently scheduled for a status and setting hearing on Monday, December 4, 2006, at 2:30. The parties jointly request that this hearing date be continued to the new date of January 22, 2007, at 2:30 p.m. to afford defendant additional time to complete ongoing investigation, to afford defendant an opportunity to review the tapes that the government has produced, and to afford the parties additional time to explore a negotiated disposition of this case. In addition, as part of the investigation, defendant is seeking to have the drugs at issue re-weighed, and that process will not be completed by December 4. Mr. Yancey has no objection to the proposed continuance.

The parties further stipulate and agree that the time between December 4, 2006, and January 22, 2007 should be excluded under the Speedy Trial Act to afford the defendant the reasonable time necessary for effective preparation. 18 U.S.C. §3161(h)(8)(A) and (b)(iv).

- 1 -

SO STIPULATED.

Dated:     December 1, 2006                    /S/
                                               _____
                                               HILARY A. FOX
                                               Attorney for Defendant Yancey

SO STIPULATED.

Dated:     December 1, 2006                    /S/
                                               _____
                                               GARTH HIRE
                                               Assistant United States Attorney

<u>SIGNATURE ATTESTATION</u>

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

<u>ORDER</u>

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby ORDERED that the hearing currently set for Monday, December 4, 2006, at 2:30 p.m. is continued to Monday, January 22, 2007, at **2:00 p.m.** in the Federal Courthouse in Oakland, California. The Court further finds that the period from December 4 2006 through January 22, 2007, shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (b)(iv), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court finds, based on the stipulation of the parties, that the continuance is necessary to afford the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

          December 4,                          /s/ CLAUDIA WILKEN
Dated: _____ 2006                      _____
                                               CLAUDIA WILKEN
                                               United States District Court

- 2 -