1    BARRY J. PORTMAN
     Federal Public Defender
2    HILARY A. FOX
     Assistant Federal Public Defender
3    555 - 12th Street, Ste. 650
     Oakland, California  94607-3627
4    Telephone:  (510) 637-3500

5    Counsel for Defendant YANCEY

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )    No. CR 06-011 CW
                                          )
12                      Plaintiff,        )    STIPULATION AND ORDER TO
                                          )    EXCLUDE TIME
13   v.                                   )
                                          )    Date:   January 22, 2007
14   NATHANIEL YANCEY,                    )    Time:  2:30 p.m.
                                          )    Court: Hon. Claudia Wilken
15                      Defendant.        )           U.S. District Court
                                          )
16   ─────────────────────────────────── )

17        This matter is currently scheduled for a status and setting hearing on Monday, January 22,

18   2007, at 2:30.  The parties jointly request that this hearing date be continued two weeks to the new

19   date of February 5, 2007, at 2:30 p.m. to afford defendant additional time to complete ongoing

20   investigation, to afford defendant an opportunity to review the tapes that the government has

21   produced, and to afford the parties additional time to explore a negotiated disposition of this case.

22   The parties have been discussing possible resolution and believe that the additional two weeks are

23   necessary to allow those discussions to continue.  Mr. Yancey has no objection to the proposed

24   continuance.

25        The parties further stipulate and agree that the time between January 22 and February 5, 2007

26   should be excluded under the Speedy Trial Act to afford the defendant the reasonable time necessary

1    for effective preparation.  18 U.S.C. §3161(h)(8)(A) and (B)(iv).

2    SO STIPULATED.

3    Dated:          January 19, 2007                    /S/
                                                  _____
4                                                 HILARY A. FOX
                                                  Attorney for Defendant Yancey
5    SO STIPULATED.

6    Dated:          January 19, 2007                    /S/
                                                  _____
7                                                 GARTH HIRE
8                                                 Assistant United States Attorney

9

10                        SIGNATURE ATTESTATION
         I hereby attest that I have on file all holograph signatures indicated by a "conformed"
11   signature ("/S/") within this efiled document.

12

13

14                                ORDER

15       Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby

16   ORDERED that the hearing currently set for Monday, January 22, 2007, at **2:00 p.m.** is continued to

17   Monday, February 5, 2007, at **2:00 p.m.** in the Federal Courthouse in Oakland, California.  The

18   Court further finds that the period from January 22 through February 5, 2007, shall be excluded

19   under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (b)(iv), because the ends of justice served

20   by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The

21   Court finds, based on the stipulation of the parties, that the continuance is necessary to afford the

22   defendant the reasonable time necessary for effective preparation, taking into account the exercise of

23   due diligence.

24       IT IS SO ORDERED.

25   Dated: January 22, 2007
                                          _____
26                                        CLAUDIA WILKEN
                                          United States District Court

                                 - 2 -