BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street, Ste. 650
Oakland, California  94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant YANCEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00011-CW |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATION |
| | ) | FOR CONTINUANCE OF |
| v. | ) | SENTENCING HEARING DATE |
| | ) | |
| NATHANIEL YANCEY, | ) | Date:  May 14, 2007 |
| | ) | Time:  2:00 p.m. |
| Defendant. | ) | Court: Hon. Claudia Wilken |
| | ) | U. S. District Court |

This matter is currently on calendar for sentencing on Monday, May 14, 2007, at 2:00 p.m.

Defendant Nathaniel Yancey and the government, through their respective counsel, jointly stipulate

and request that the matter be continued to the new date of Wednesday, June 6, 2007, at 2:00 p.m.

The parties are requesting a continuance in order to afford counsel additional time to complete

sentencing preparations.  The reason for requesting the June 6th date is that government counsel will

be absent and thus unavailable from the week of May 7 through 11, and again during the latter part

of the month of May, 2007.  Defense counsel will also be unavailable for one week in May, and as a

result the first available date upon which all parties will be available is June 6,

1  2007.  The Probation Officer has been consulted and will be available on the new date.

2  SO STIPULATED.

3  Dated:  May 9, 2007                                     /S/

4                                                          _____
                                                           HILARY A. FOX
                                                           Attorney for Defendant MAYO
5

6  SO STIPULATED.

7  Dated:  May 9, 2007                                     /S/

8                                                          _____
                                                           GARTH HIRE
                                                           Assistant United States Attorney
9

10                          SIGNATURE ATTESTATION

11      I hereby attest that I have on file all holograph signatures indicated by a "conformed"

12  signature ("/S/") within this efiled document.

13

14

15                                  **ORDER**

16      Based on the reasons provided in the stipulation of the parties above, and for good cause

17  appearing, IT IS HEREBY ORDERED THAT the sentencing hearing that is currently scheduled in

18  this matter for May 14, 2007, shall be continued to June 6, 2007, at 2:00 p.m.

19      IT IS SO ORDERED.

20                 5/11
    Dated: _____, 2007                    _____
21                                               CLAUDIA WILKEN
                                                 United States District Court
22

23

24

25

26